**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-1662**

---

ABDUL RAHMAN,

      Plaintiff - Appellant,

       v.

KENNETH CHENAULT, Trustee CEO and Chairman, American Express,

      Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-mc-00013-LMB-IDD)

---

Submitted: July 27, 2017                         Decided: July 31, 2017

---

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Abdul Rahman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul Rahman appeals the district court's order dismissing Rahman's "Bill in Equity." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rahman v. Chenault*, No. 1:17-mc-00013-LMB-IDD (E.D. Va. May 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*